AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Luciano De Souza

V.

Michael Chertoff, Secretary USDHS; Eduardo Agguirre, Jr. Director, USCIS: Denis Riordan, District Director USCIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05-10476 MEL

TO: (Name and address of Defendant)

Denis Riordan, District Director
USCIS
Office of General Counsel
United States Dept. of Homeland Security
Washington, DC 20258

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan E. Zak Esq.
Law Office of John K. Dvorak, Esq.
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                MAR 14 2005

CLERK                            DATE

(By) DEPUTY CLERK

➢AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/21/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Susan E. Zak | Atty. for the Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Registered Mail. Proof of delivery is attached hereto

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/8/05
                 Date

Signature of Server

Law Office of John R. Drical
180 Canal St. Boston MA

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.





# Track & Confirm

**Current Status**

You entered 7004 2510 0007 3014 7625

Your item was delivered at 8:06 am on March 21, 2005 in WASHINGTON, DC 20528.

**Track & Confirm**
Enter label number:

*Shipment Details*

**Notification Options**

▶ **Track & Confirm by email**   What is this?   Go ›

Track & Confirm FAQs



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright   1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output

4/8/2005