# UNITED STATES DISTRICT COURT

| Eastern Div. | District of | Massachusetts |

Luciano De Souza

V.

Michael Chertoff, Sec.
DHS; Eduardo Aguirre, Jr. Dir.
USCIS, Denis Riordan, Dist.
Dir. USCIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 10476 M

TO: (Name and address of Defendant)

U.S. Department of Justice
U.S. Attorney-Dist. of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200  Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan E. Zak, Esq.
Law Office of John K. Dvorak
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

MAR 14 2005

DATE

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 4/13/05 |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Registered Mail. See receipt and proof of delivery attached hereto_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-28/05
             Date              Signature of Server

Law Office of John K. Dvorak
P.O. Box 8788
*Address of Server*

Boston, MA 02114

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.