# UNITED STATES DISTRICT COURT

Eastern Div. _____ District of __Massachusetts__

Luciano De Souza

V.

Michael Chertoff, Sec. DHS;
Eduardo Aguirre Jr., Dir.
USCIS; Denis Riordan,
Dist. Dir. USCIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 CV 10476 MEL

TO: (Name and address of Defendant)

Attorney General
U.S. Dept. of Justice
950 Penn. Ave. N.W.
Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan Zak Esq.
Law Office of John K. Dvorak
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON _____ 4-29-05
CLERK                                          DATE

_____
(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5-6-2005 |
| NAME OF SERVER (PRINT) Susan Zuk | TITLE Atty |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): registered mail see proof of service attached hereto

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-16-05
            Date

Signature of Server

Address of Server
P.O. Box 8788
180 Canal St, 4TH Floor
Boston, MA 02114

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    ATTORNEY GENERAL
    US DEPT. OF JUSTICE
    950 PENNSYLVANIA AVE. N.W.
    WASHINGTON, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Edna Fifield_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   Edna Fifield                  MAY 0 6 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7004 0750 0000 5500 5350

PS Form 3811, February 2004    Domestic Return Receipt    LUCIANO DE SOUZA    102595-02-M-1540