UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUCIANO DE SOUZA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security, et al.,<br><br>    Defendants. | Civil Action No.  05-10476-MEL |

**DEFENDANTS' MOTION TO DISMISS OR,**
**IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

    Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, defendants Michael Chertoff, Secretary, U.S. Department of Homeland Security; Eduardo Aguirre, Jr., Director, U.S. Citizenship and Immigration Services; and Denis Riordan, Boston District Director, U.S. Citizenship and Immigration Services hereby move to dismiss this action for lack of subject matter jurisdiction.  In the alternative, pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants move for summary judgment.  The reasons for the foregoing motion are set forth in the accompanying Memorandum of Law.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Anton P. Giedt   8/12/05
    Anton P. Giedt
    Assistant U.S. Attorneys
    1 Courthouse Way
    Boston, MA 02210
    617-748-3309 (Voice)
    617-748-3967 (Fax)
    anton.giedt@usdoj.gov

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with Plaintiffs' counsel and that Plaintiff's in an effort to resolve the issues raised in this motion.

      /s/ Anton P. Giedt
      Anton P. Giedt
      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.　　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE: August 12, 2005

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record through electronic filing and by first class mail.

      /s/ Anton P. Giedt
      Anton P. Giedt
      Assistant U.S. Attorney

**PLAINTIFFS' COUNSEL:**　　　　**AGENCY COUNSEL**:
Susan E. Zak　　　　　　　　　　　Henry Hanley
180 Canal Street, 4th Floor　　　　DHS/ICE Office of Regional Counsel
P.O. Box 8788
Boston, MA 02114
617-723-4422 (Voice)
617-723-8305 (Fax)
szak@johnkdvorak.com