UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

_____

| | | |
|---|---|---|
| **LUCIANO DE SOUZA** | ) | Civil Action:05 10476-MEL |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL CHERTOFF** | ) | |
| Secretary,U.S. Department | ) | |
| of Homeland Security; | ) | |
| **EDUARDO AGUIRRE, JR.** | ) | |
| Director, U.S. Citizenship | ) | |
| And Immigration Services, | ) | |
| **DENIS RIORDAN**, Boston District | ) | |
| Director, U.S. Citizenship | ) | |
| and Immigration Services | ) | |
| Defendants | ) | |
| _____ | ) | |

**PLAINTIFF'S STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the Plaintiff, Luciano De Souza hereby dismisses the above-captioned matter with prejudice.  Each party to bear all of their own costs and attorney fees.  The Parties waive all rights of appeal.

Respectfully Submitted,

/s/Susan E. Zak                                         /s/Anton P. Giedt
_____                          _____
Susan E. Zak                                              Anton P. Giedt
Law Offices of John K. Dvorak P.C.       Asst. US Attorney
P.O. Box 8788                                           1 Courthouse Way
Boston, MA 02114                                    Boston, MA 02210

1

**CERTIFICATE OF SERVICE**

    I, Susan E. Zak, Attorney for the Plaintiffs hereby certify that on, January 31, 2006, I served a copy of the Plainttiffs' Stipulation of Dismissal

Anton P. Giedt
U.S. Attorney General Office
United States Federal Court
1 Courthouse Way
Suite 9200
Boston, MA 02210

                                                   _____
                                                   Susan E. Zak, Esq.
                                                   LAW OFFICE OF JOHN K. DVORAK, P.C.
                                                   P.O. Box 8788
                                                   180 Canal Street, 4th Floor
                                                   Boston, MA 02114

dismissal-desouza.4101